**Opinion issued November 5, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00399-CV

———————————

**ANGELLE MARIE KERGOSIEN, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**
**A/K/A FANNIE MAE, Appellee**

———————————————————

**On Appeal from the County Court at Law**
**Austin County, Texas**
**Trial Court Case No. 12-CV-4988**

———————————————————

## MEMORANDUM OPINION

Appellant, Angelle Marie Kergosien, has neither established indigence nor

paid, or made arrangements to pay, the fee for preparing the clerk's record. *See*

Tex. R. App. P. 20.1, 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* Tex. R. App. P. 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.

2